**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: J.A.B. A MINOR | : | No. 635 MAL 2021 |
| | : | |
| | : | |
| PETITION OF: J.N., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: N.A.B. A MINOR | : | No. 636 MAL 2021 |
| | : | |
| | : | |
| PETITION OF: J.N., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.